IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**REBECCA J. FARMER**                                                                                          **PLAINTIFF**

**v.**                                          **Case No. 3:15-CV-03112**

**SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC. and WAL-MART STORES, INC.
ASSOCIATES' HEALTH AND WELFARE PLAN**                                          **DEFENDANTS**

## JUDGMENT

Defendants' Motion to Dismiss (Doc. 12) is **GRANTED**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6).

**IT SO ORDERED** on this 26th day of February, 2016.

    /s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE